UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:26-cv-00721 MEMF (ADS)                          Date:  March 24, 2026

Title:  *Carmela Mendoza Castellon, et al. v. James Janecka, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|                Kristee Hopkins                |                None Reported                |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):          Attorney(s) Present for Respondent(s):
             None Present                                      None Present

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO FILE RESPONSE TO PETITION**

Petitioners Carmela Mendoza Castellon, Chunyan Wang, Ermei Bo, and Jinying Wu filed a Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief (the "Petition"). (Dkt. No. 1.) This Court issued an Order Requiring Response to Petition. (Dkt. No. 4.) The Court ordered Respondents to respond to the Petition by March 20, 2026. (Id.) As of the date of this Order, Respondents have not filed a response to the Petition.

Respondents are **ORDERED TO SHOW CAUSE** why they have failed to file a response to the Petition **by no later than April 7, 2026**.

**IT IS SO ORDERED.**

Initials of Clerk kh