UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELA MENDOZA CASTELLON,<br><br>Petitioner,<br><br>v.<br><br>JAMES JANECKA, et al.,<br><br>Respondents. | Case No. 5:26-cv-00721 MEMF (ADS)<br><br>**ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241** |

Petitioner Carmela Mendoza-Castellon, proceeding through counsel, filed an Amended Petition for Writ of Habeas Corpus (the "Petition"). (Dkt. No. 1.) Respondents filed an Answer to the Petition, stating that "Respondents are not presenting any opposition argument at this time." (Dkt. No. 19.) Petitioner filed a Reply in support of the Petition. (Dkt. No. 20.) As such, the Petition is unopposed.[1]

---

[1] "In our adversarial system of adjudication, we follow the principle of party presentation" meaning that "in both civil and criminal cases, in the first instance and on appeal . . . we rely on the parties to frame the issues for decision and assign to courts the

Based on Respondents' non-opposition, and for the reasons set forth in the Petition, IT IS ORDERED:

(1) The unopposed Petition is granted as to the Second Claim of Relief;

(2) Respondents are ordered to immediately release Petitioner Carmela Mendoza-Castello (A# 246-217-197) and return to her all documents, identification cards, and other items confiscated by Respondents;

(3) Respondents are enjoined from re-arresting and re-detaining Petitioner in violation of her constitutional rights and the Immigration and Nationality Act and specifically, without an individualized pre-deprivation notice of the basis for the revocation of her parole and a hearing before a neutral arbiter at which Respondents must provide clear and convincing evidence of a material change of circumstances regarding Petitioner's flight risk or danger to others at the time of her re-arrest, in accordance with 8 U.S.C. § 1226 and its implementing regulations; and

(4) Judgment is to be entered consistent with this Order.

Dated:  July 23, 2026

_____
THE HONORABLE MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

---

role of neutral arbiter of matters the parties present." United States v. Sineneng-Smith, 590 U.S. 371, 375 (2020) (citation modified).  Further, "as a general rule, our system is designed around the premise that [parties represented by competent counsel] know what is best for them, and are responsible for advancing the facts and argument entitling them to relief." Id. at 375–76 (citation modified).

2