UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELA MENDOZA CASTELLON,<br>Petitioner,<br>v.<br>JAMES JANECKA, et al.,<br>Respondents. | Case No. 5:26-cv-00721 MEMF (ADS)<br><br>**JUDGMENT [JS-6]** |

Pursuant to the Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the Petition is granted as to the Second Claim of Relief.

Dated: July 23, 2026

THE HONORABLE MAAME EWUSI-MENSAH FRIMPONG
United States District Judge